**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Jeffrey Hinks, et al.

                            Plaintiff,

v.                                                                    Case No.: 1:21−cv−00790
                                                                      Honorable John J. Tharp Jr.

Viking Acquisitions, LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 23, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiffs' request for entry of default pursuant to FRCP 55(a) [5] against defendants Viking Acquisitions, LLC and Jerry Verhagen is granted. Upon receipt of a motion for default judgment, the Court will set a date for prove−up and entry of default judgment. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.